```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RICARDO VELASQUEZ,                                                     :
                                                                       :
                              Plaintiff,                               :
                                                                       :        21 Civ. 10356 (JPC)
              -v-                                                      :
                                                                       :              ORDER
SHOPZURI.COM, LLC and 363 BLEECKER LLC,                                :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff commenced this action by filing a Complaint on December 4, 2021. Dkt. 1. The docket reflects that both Defendants were served with the summons and Complaint on January 27, 2022, making their answers due by February 17, 2022. Dkts. 9-10. After Defendants failed to respond to the Complaint by the February 17 deadline, the Court directed Plaintiff to move for default judgment as to both Defendants. Dkt. 11. On March 12, 2022, Plaintiff requested a 45-day extension of time to move for default judgment. Dkt. 12. The Court adjourned the deadline for Plaintiff to move for default judgment and directed Plaintiff to file a letter by April 11, 2022, advising the Court as to the status of service on Defendants. Dkt. 13. On April 11, 2022, Plaintiff filed a status letter requesting a 30-day extension for Defendants to appear and to respond to the Complaint. Dkt. 14. The Court granted Plaintiff's request and extended the deadline for Defendants to respond to the Complaint until May 10, 2022. Dkt. 15. On May 3, 2022, counsel filed notices of appearance on behalf of both Defendants in this action. Dkts. 22-23. The May 10 deadline for Defendants to respond to the Complaint has passed and the docket does not reflect any answer to the Complaint filed by either Defendant.

Accordingly, it is hereby ORDERED that, by May 13, 2022, the parties shall submit a joint letter advising the Court as to the status of this action, including whether Plaintiff still intends to prosecute his claims against Defendants, whether Defendants intend to respond to the Complaint and, if so, whether Defendants request an extension of time to respond to the Complaint, and whether the parties request referral to the Court's Mediation Program.

SO ORDERED.

Dated: May 11, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge